**Order entered October 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00305-CV

## IN THE INTEREST OF B.T.G., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-12707**

## ORDER

On August 21, 2013, the Court ordered Francheska Duffey, Official Court Reporter of the 330th Judicial District Court of Dallas County, Texas, to file the court reporter's record in this case within thirty days, without requiring prepayment of costs. To date, the record has not been filed, nor have we received any correspondence from the court reporter regarding her failure to file the record.

Accordingly, we **ORDER** Francheska Duffey, Official Court Reporter of the 330th Judicial District Court of Dallas County, Texas, to file the court reporter's record in this case within fifteen days of the date of this order. If the record is not filed within that time, we will utilize the available remedies to obtain the record, which may include ordering that Francheska Duffey not sit as a court reporter until the complete record is filed in this appeal. We **DIRECT** the Clerk of the Court to send a copy of this order to Francheska Duffey via email.

/s/     ELIZABETH LANG-MIERS
JUSTICE